WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
08-75765 / 0048166334

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-08-51325-gwz |
| Ronald J. Cook and Prudence R. Cook | Date:  5/29/09<br>Time:  10:00am |
| | Chapter 7 |
| Debtor(s). | |

## DECLARATION IN SUPPORT OF ORDER VACATING AUTOMATIC STAY

THE UNDERSIGNED DECLARES AND STATES:

1. I am an employee of Wilde & Associates, attorney for the above-entitled Secured

Creditor,  Wells Fargo Bank N.A..

///

2.  I am over eighteen years of age and am employed by Wilde & Associates representing the Secured Creditor in the instant action. I have personal knowledge of the foregoing, except as to those matters stated under information and belief, and as to those matters I believe them to be true, and if called upon as a witness I could and would competently testify thereto.

3.  That on or about April, 22, 2009, the motion for relief was heard on this case.

4.  That on or about July 22, 2009, the Order was e-mailed to Debtor's counsel at JCD@demetras-oneill.com.    As a condition on this order, Debtors have to make their April, May and June 2009 post payments by June 15, 2009.

5.  That on or about August 5, 2009 and on August 21, 2009, the same order was e-mailed to Debtor's counsel.

6.  To date, Debtors have failed to meet the condition mentioned on the preceding paragraph number 4.

7.  For these reasons, Secured Creditor respectfully requests that this Court grant the Order Granting Relief from the Automatic Stay, and permit the Secured Creditor to move ahead with foreclosure proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:
WILDE & ASSOCIATES

/s/ G. Gipson

_____
An employee of Wilde & Associates