

**Entered on Docket
December 09, 2009**

_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
08-75765 / 0048166334

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Ronald J. Cook and Prudence R. Cook<br><br><br>_____ Debtor(s). | BK-N-08-51325-gwz<br><br>Date:   5/29/09<br>Time:  10:00am<br><br>Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Debtor is to make his April 2009, May 2009 payments and June 2009 post payments by June 15th or the Automatic Stay in the above-entitled bankruptcy proceedings is granted as to the subject property described as 10552 Fort Morgan Way, Reno, NV 89521.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that as of the hearing on May 29, 2009, the only payment received by the Secured Creditor was posted on June 18, 2009 and applied to April 1, 2009 post-petition payment. The loan remains post-petition due for May 1, 2009 forward. Based on this information and Debtor's failure to comply with court ruling, Secured Creditor is asking the court to grant the relief from the automatic stay.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

/s/ GREGORY L. WILDE

_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
J. Craig Demetras
Attorney for Debtors
230 E. Liberty Street
Reno, NV  89501

APPROVED / DISAPPROVED

_____
William Van Meter
POB 6630
Reno, NV   89513
Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case

\_x\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

<u>**(List Parties)**</u>

Debtor's counsel:

\_\_\_\_ approved the form of this order           \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ Opposition filed and withdrawn by Debtor's counsel

Trustee:

\_\_\_\_ approved the form of this order           \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order           \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

Submitted by:
/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor